| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | SEP 2 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

OSCAR SANTOS BARRERA,

        Petitioner,

 v.

PAMELA BONDI, Attorney General,

        Respondent.

No. 24-6262

Agency No. A212-983-125

ORDER

Before: S.R. THOMAS and BENNETT, Circuit Judges.

The motion (Docket Entry No. 2) to stay removal is denied. *See Nken v. Holder*, 556 U.S. 418 (2009); *Leiva-Perez v. Holder*, 640 F.3d 962, 964-65 (9th Cir. 2011). The temporary stay of removal is lifted.

If petitioner is removed or otherwise has a change of address, petitioner must notify this court of the new address. Otherwise, the petition may be dismissed. *See* 9th Cir. R. 42-1.

The court, in its discretion, denies the motion (Docket Entry No. 4) for appointment of pro bono counsel.

The opening brief is due October 15, 2025. The answering brief is due November 14, 2025. The optional reply brief is due within 21 days after the answering brief is served.